Arthur Z. Schwartz, Esq.
Advocates for Justice, Chartered Attorneys
225 Broadway, Suite 1902
New York, New York 10007
Telephone: (212) 285-1400
Facsimile:  (212) 285-1410
E-Mail: aschwartz@afjlaw.com

*Attorneys for Lawrence V. Otway*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LAWRENCE V. OTWAY a/k/a Lorcan Otway, | Case No. 21-12140 (MG) |
| Debtor. | |

------------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE**, that the undersigned law firm hereby appears in the above-captioned case and pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, as counsel for Lawrence V. Otway (the "Debtor"), and demands that any and all notices given or required to be given in this case, be given to and served upon the undersigned at the following address:

> Arthur Z. Schwartz, Esq.
> Advocates for Justice, Chartered Attorneys
> 225 Broadway, Suite 1902
> New York, New York 10007
> Telephone: (212) 285-1400
> Facsimile:  (212) 285-1410
> E-Mail: aschwartz@afjlaw.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

2

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telex or otherwise, which in any way relate to the debtor, its property, or this bankruptcy case or in any way effect or seek to effect in any way the rights, obligations, claims or interests of the debtor or its estate.

Dated: New York, New York
       January 27, 2022

                                              ADVOCATES FOR JUSTICE,
                                              CHARTERED ATTORNEYS

                                              By: /s/ *Arthur Z. Schwartz*
                                              Arthur Z. Schwartz
                                              225 Broadway, Suite 1902
                                              New York, New York 10007
                                              Telephone: (212) 285-1400
                                              Facsimile:   (212) 285-1410
                                              E-Mail: aschwartz@afjlaw.com

                                              *Attorneys for Lawrence V. Otway*